400 A.2d 603

Bloomsburg Bank-Columbia Trust Company et al. v. Hughes et al., Appellants.

Argued December 5, 1978. Robert J. Scovell, for appellants; Charles B. Pursel, for appellees.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.